IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-CR-30083-MJR |
| ) | |
| PENNY JOANN HEMPHILL, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, District Judge:**

On March 23, 2007, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Hemphill entered a guilty plea to Count I of the Superseding Indictment.

By Report filed March 27, 2007, Judge Proud recommends that the undersigned District Judge accept Defendant Hemphill's guilty plea, find Defendant Hemphill guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Proud's Report and Recommendation (Doc. 100), **ACCEPTS** Defendant Hemphill's guilty plea, and **ADJUDGES** Hemphill guilty of the offense set forth in Count I of the Superseding Indictment (violation of **21**

**U.S.C. § 846**).  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  Finally, the Court **SETS SENTENCING** for <u>**2:30 P. M. on Friday, July 20, 2007**</u>.

        **IT IS SO ORDERED.**

        **DATED this 16th day of April, 2007**

        <u>**s/Michael J. Reagan**</u>
        **MICHAEL J. REAGAN**
        **United States District Judge**